IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL SUMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS LANES, LLC and TRI BUI, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>1:13-cv-04202-SCJ |

**CONSENT FINAL JUDGMENT AND ORDER**

Upon application of the parties and upon review of the settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that Plaintiff Paul Summons shall recover the total sum of $17,500.00, representing $2,960.00 for unpaid overtime, $2,960.00 for liquidated damages, $100.00 for claims of personal injuries, and $11,480.00 for attorneys' fees and costs,

Case 1:13-cv-04202-SCJ   Document 18   Filed 04/15/14   Page 2 of 2

from Defendants Citizens Lanes, LLC and Tri Bui, for which let execution issue.

This the 15th day of April, 2014.

                                        **s/Steve C. Jones**
                                        Honorable Steve C. Jones
                                        United States District Court